# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:07-cr-00057-MR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| LONNIE MACK DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion requesting a copy of his Statement of Reasons [Doc. 38].

Much like a Presentence Report, the Statement of Reasons is a sealed court document. It can contain sensitive information, the disclosure of which could jeopardize a prisoner's safety. For that reason, while the Court will allow the Defendant to view his Statement of Reasons, the Defendant will not be permitted to retain a copy of it.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 38] is **GRANTED**, and the Clerk of Court is hereby authorized to provide a copy of the Statement of Reasons [Doc. 23] to the Warden of Gilmer FCI. The Defendant shall be permitted to review the Statement of Reasons in the

presence of his Case Manager or another appropriate prison official as designated by the Warden, but may not retain a copy of it.

**IT IS SO ORDERED.**

Signed: March 27, 2018

Martin Reidinger
United States District Judge